M. P. No. 77-47. State *v.* Robert D. Smith. Petition for writ of certiorari is denied. Defendant's motion for stay of sentence is denied. *Julius C. Michaelson*, Attorney General, *Judith Romney Wegner*, Special Asst. Attorney General, for plaintiff. *William F. Reilly*, Public Defender, *Allegra E. Munson, Barbara Hurst, John A. MacFadyen III*, Asst. Public De-

fenders, *Joseph L. DeCaporale,* Deputy Public Defender, for defendant.